

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00181-CV

| | | |
|---|---|---|
| JINNEAN K. ASKEW, Appellant | § | On Appeal from |
| | § | County Court at Law No. 1 |
| V. | § | of Tarrant County (2019-000666-1) |
| | § | February 6, 2020 |
| MENA HOMES, INC., Appellee | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Jinnean K. Askew shall pay all costs of this appeal and that these costs be paid from the cash deposit in lieu of supersedeas bond made with the trial-court clerk.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr